# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1

| | | |
|---|---|---|
| **Case No.:** | 21-80420 | |
| **Case Name:** | JET FARMING LLC | |
| **For the Period Ending:** | 03/31/2022 | |

| | |
|---|---|
| **Trustee Name:** | Lou Ann Marocco |
| **Date Filed (f) or Converted (c):** | 10/12/2021 (f) |
| **§341(a) Meeting Date:** | 11/16/2021 |
| **Claims Bar Date:** | 12/21/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | Cash on hand | $0.00 | $0.00 | | $0.00 | FA |
| 2 | German American Bank 9 5 0 1 Checking | $51.94 | Unknown | | $0.00 | Unknown |
| 3 | Hudson Trailer (homemade) | $500.00 | $500.00 | | $0.00 | $500.00 |
| **Asset Notes:** | Amended REPORT of SALE doc #73, dated 4/20/2022, per Order Granting Motion to Sell, dtd 01-12-22, doc #52. | | | | | |
| 4 | Farm machinery and equipment (Other than titled motor vehicles) - SEE ASSET NOTE | $108,500.00 | $0.00 | | $0.00 | $108,500.00 |
| **Asset Notes:** | Amended REPORT of SALE doc #73, dated 4/20/2022, per Order Granting Motion to Sell, dtd 01-12-22, doc #52: <br>      Fuel Tank Wagon $3,000.00 - sold for $4,500.00 <br>      John Deere 7230 (loader) $58,000.00 - sold for $59,500.00 <br>      John Deere 4840 $7,000.00 (#1) - sold for $10,500.00 <br><br>    Petition to Sell filed 4/18/22, doc # 72: <br>      John Deere 500 Grain Cart $3,500.00 -- <br>      John Deere 4840 (#2) $7,000.00 -- <br><br>    Not Sold: <br>      ***New Holland Bulldozer D95 $30,000.00 (this asset is in the companion case #21-80400) | | | | | |
| 5 | 1978 International Loadstar Truck | $4,000.00 | $4,000.00 | | $0.00 | $4,000.00 |
| **Asset Notes:** | REPORT of SALE doc #75, dated 4/20/2022, per Order Granting Motion to Sell, dtd 04-14-22, doc #69. | | | | | |
| 6 | ***1997 Hillsboro #300 33' Trailer | $1,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | This asset is owned by companion case #21-80400, Tim Schutter #21-80400. | | | | | |
| 7 | Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims: | $2,800,000.00 | $2,800,000.00 | | $0.00 | FA |
| **Asset Notes:** | Farmers Mutual 2020 Crop 2,800,000.00 (insurance claim) <br> Hail Insurance Insurance Claims Company of Iowa $2,800,000.00 <br> FSA Payments <br> FSA Payments 1.00 $Unknown <br><br> Secured Creditor, Agrifund, has a lien on the crop insurance proceeds. | | | | | |
| 8 | Possible NOLO     **(u)** | $0.00 | Unknown | | $0.00 | Unknown |
| 9 | John Deere 643 Corn Head (parts only)     **(u)** | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | TE filed to abandon on 4/20/22, doc #76 | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   2

| Case No.: | 21-80420 | Trustee Name: | Lou Ann Marocco |
|---|---|---|---|
| Case Name: | JET FARMING LLC | Date Filed (f) or Converted (c): | 10/12/2021 (f) |
| For the Period Ending: | 03/31/2022 | §341(a) Meeting Date: | 11/16/2021 |
| | | Claims Bar Date: | 12/21/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10 | 2012 John Deere 7000 Row Planter (u) | $0.00 | $1,950.00 | | $0.00 | $1,950.00 |
| **Asset Notes:** | Amended REPORT of SALE doc #73, dated 4/20/2022, per Order Granting Motion to Sell, dtd 01-12-22, doc #52. | | | | | |
| 11 | International 1206 Wide Front Turbo Tractor (u) | $0.00 | $10,000.00 | | $0.00 | $10,000.00 |
| **Asset Notes:** | Amended REPORT of SALE doc #73, dated 4/20/2022, per Order Granting Motion to Sell, dtd 01-12-22, doc #52. | | | | | |
| 12 | 15' Batwing Bush Hog Mower 2715 (u) | $0.00 | $6,100.00 | | $0.00 | $6,100.00 |
| **Asset Notes:** | Amended REPORT of SALE doc #73, dated 4/20/2022, per Order Granting Motion to Sell, dtd 01-12-22, doc #52. | | | | | |
| 13 | VOID-entered in error | $0.00 | $0.00 | | $0.00 | FA |

| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Asset |
|---|---|---|---|---|---|
| | $2,914,551.94 | $2,822,550.00 | | $0.00 | $131,050.00 |

**Major Activities affecting case closing:**

| 04/25/2022 | Corrected motion to sell filed |
|---|---|
| 04/20/2022 | executed auction contract |
| 04/20/2022 | filed amended Report of Sale |
| 04/20/2022 | Filed amended Report of Sale |
| 04/20/2022 | Amended Motion to Sell filed |
| 04/20/2022 | Filed amended report of sale |
| 04/20/2022 | Form 1 matches the Amended Report of Sale docket 73 filed re the Jack Christy check |
| 04/20/2022 | Filed notice of abandonment John Deere 643 corn head (parts only) |
| 04/20/2022 | Filed App to pay Christy's of Indiana, Inc. |
| 04/19/2022 | review proposed contract re auctioneer. |
| 04/19/2022 | issued check to insurance company |
| 04/18/2022 | filed app to employ auctioneer |
| 04/18/2022 | Motion to sell filed |
| 04/15/2022 | Rev order granting m to sell |
| 04/15/2022 | Review order granting Motion to sell |
| 04/07/2022 | TC with counsel re resolution of Agrifund's contested security agreement |
| 04/06/2022 | deposit check |
| 04/04/2022 | review order granting mls |
| 03/22/2022 | Filed m to sell 1978 International Loadstar |
| 03/22/2022 | Review and approve report of sale |
| 03/14/2022 | Agreed MLS filed |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | |
|---|---|
| **Case No.:** 21-80420 | **Trustee Name:** Lou Ann Marocco |
| **Case Name:** JET FARMING LLC | **Date Filed (f) or Converted (c):** 10/12/2021 (f) |
| **For the Period Ending:** 03/31/2022 | **§341(a) Meeting Date:** 11/16/2021 |
| | **Claims Bar Date:** 12/21/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| | |
|---|---|
| 03/11/2022 | Sent counsel email |
| 03/08/2022 | Sent email to trustee insurance requesting that policy be cancelled on equipment |
| 03/08/2022 | Issued check to insurance agency and cancelled policy |
| 03/04/2022 | Tc with Joe Mulvey |
| 03/04/2022 | Review and approve agreed motion to lift stay as to crop insurance arbitration claim |
| 03/04/2022 | Tc with Joseph Mulvey |
| 02/02/2022 | review order granting mls |
| 02/02/2022 | Mailed check to Trustee Insurance Agency |
| 01/28/2022 | review order on agreed entry |
| 01/27/2022 | attended hearing on MLS |
| 01/19/2022 | Objection to MLS filed |
| 01/18/2022 | TC re Agrifund MLS |
| 01/13/2022 | reviewed mail re insurance (from RCIS) and forwarded to atty Mulvey |
| 01/12/2022 | Review order granting MTO |
| 01/12/2022 | review order granting motion to sell |
| 01/04/2022 | review agrifund MLS |
| 12/31/2021 | rev poc of Timthy Schutter |
| 12/21/2021 | Motion for Turnover filed |
| 12/16/2021 | Attended hearing on multiple issues; objection to mls denied |
| 12/10/2021 | Review Response to TEE's Objection to mls |
| 12/03/2021 | Review order granting app to employ Christy's |
| 11/17/2021 | Filed ROA |
| 11/17/2021 | rev objection to mls |
| 11/17/2021 | Filed App to employ Christy's |
| 11/16/2021 | Filed amended exemption to mls |
| 11/12/2021 | Objection MLS filed |
| 11/08/2021 | review order granting app to employ Joseph Mulvey |
| 11/05/2021 | TC with Joseph Mulvey |
| 11/03/2021 | rev mls |
| 10/21/2021 | Appearance filed by Joe Mulvey |
| 10/21/2021 | Filed App to employ Mulvey Law |
| 10/20/2021 | Assets marked with *** are also listed in Debtor's companion case #21-80400, Timothy Neal Schutter. |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No.:** 21-80420  
**Case Name:** JET FARMING LLC  
**For the Period Ending:** 03/31/2022  

**Trustee Name:** Lou Ann Marocco  
**Date Filed (f) or Converted (c):** 10/12/2021 (f)  
**§341(a) Meeting Date:** 11/16/2021  
**Claims Bar Date:** 12/21/2021  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** 05/31/2023   **Current Projected Date Of Final Report (TFR):** 05/31/2023

/s/ LOU ANN MAROCCO

LOU ANN MAROCCO